United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
 JONATHAN DAVID  MILLER
 LESLIE C  MILLER

Debtor(s)                                       Bky. No.   0919161


         CHAPTER 13 STANDING TRUSTEE'S AMENDED MOTION FOR DISMISSAL

   AND NOW comes William C. Miller, Esquire, Chapter 13 standing trustee,
and requests that the above-captioned bankruptcy case be dismissed
for the following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required
by 11 U.S.C. Section 341(a).

There has been unreasonable delay by debtor(s) that is prejudicial to
creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose
an adequately funded  plan, in that the total filed proofs of claim which
are to be paid through the plan exceed the value of the plan.



     The hearing scheduled by the filing of this motion may be
adjourned from time to time without further notice to interested
parties, by announcement of such adjournment in Court on the date
scheduled for the hearing or continued hearing.

     WHEREFORE, William C. Miller, Esquire, Chapter 13 standing trustee,
respectfully requests that the Court, after a hearing, enter an Order in
the form annexed hereto, dismissing this bankruptcy case.

                         Respectfully submitted,

                         /S/  William C. Miller
                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee